IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL BADER, §
    Plaintiff, §
     §
V. § A-00-CA-507 JRN
     §
THE UNIVERSITY OF TEXAS, §
    Defendant. §

FILED
SEP 08 2000
U.S. DISTRICT COURT
CLERK'S OFFICE
BY _____ DEPUTY

## ORDER

Before the Court is Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit filed August 11, 2000 (Doc. #1), relating to the Plaintiff's Complaint on the same date. However, the Court needs further information in order to determine Plaintiff's financial status.

**IT IS THEREFORE ORDERED** that Plaintiff complete under penalty of perjury the attached Financial Affidavit in Support of Application to Proceed *In Forma Pauperis*, and file said affidavit with the Clerk of the Court, **on or before October 10, 2000.** Any other information which Plaintiff would like this Court to consider in making the *in forma pauperis* determination must be filed with the Clerk by the date stated above. Failure to comply with this Order will result in a finding by the Court that Plaintiff is not indigent.

Plaintiff alleges in his complaint that a University of Texas Police Officer used excessive force on August 13, 1998, when he escorted Plaintiff from the University of Texas Undergraduate Library. The Court requires further information these allegations. See FED. R. CIV. P. 12(e); Hanna v. Goodyear Tire & Rubber, 6



F. Supp. 2d 605, 608 (E.D. Tex. 1998). A failure to do so will result in the Magistrate Court's recommendation to the District Court that the case be dismissed.

**IT IS THEREFORE FURTHER ORDERED** that Plaintiff file with the Court a more definite statement specifically describing each and every injury, harm, damage, or other adverse consequence which Plaintiff suffered as a result of the acts or omissions of the defendant **on or before October 10, 2000**.

Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Title 28 U.S.C. § 1748.
>
> Signed this ____ day of October, 2000.

_____
Signature of Plaintiff

SIGNED this 8TH day of September, 2000.

_____
STEPHEN H. CAPELLE
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL BADER, §
      Plaintiff, §
 §
V. § A-00-CA-507 JRN
 §
THE UNIVERSITY OF TEXAS, §
      Defendant. §

**FINANCIAL AFFIDAVIT IN SUPPORT OF
APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's Name: _____

Plaintiff's Home Address: _____

_____

Do you own a home?  Yes( )    No ( )

If yes, what is the value of the home and how much is owed on it?

_____

Employment:

Give month and year of last employment _____

How much do/did you earn per month? $ _____

Name and Address of prior employer: _____

_____

_____

_____

If married, state Spouse's name: _____

State Spouse's Social Security number _____

Is your Spouse employed?   Yes ( )   No ( )

If working, how much does your spouse earn? $ _____

1

Do you receive any funds from relatives? If so, how much per month do you receive and from whom? _____

_____

_____

Other Income:

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources, including government benefits? If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

Cash:

Have you any cash on hand or money in savings or a checking account? Yes ( ) No ( ) If yes, state total amount in each:

(checking)     $_____

(savings)      $_____

Property:

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  Yes ( )  No ( )

If yes, give value and describe it.

    Value                    Description

$ _____       _____

$ _____       _____

$ _____       _____

$ _____       _____

Dependents:

Marital Status:  Single ( )  Married ( )  Widowed ( )

Separated ( ) or Divorced ( )

Total Number of Dependents _____.

Are any of your dependents employed?  If so, where _____

_____

How much do your dependent(s) earn monthly? _____

### Monthly Debts for Entire Family

| Purpose | Type of Debt | Name of Creditor | Total Debt | Payment |
|---------|--------------|------------------|------------|---------|
| _____ | _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | _____ | $ _____ | $ _____ |

### Monthly Expenses

Rent/House Payment $_____

Electric & Water Bills $_____

Gas $_____

Phone $_____

Insurance $_____

for what purpose _____

Prescriptions $_____

  for what purpose _____

Transportation/Car Payments $_____

  for what purpose _____

Medical Bills $_____

  for what purpose _____

Legal Bills $_____

  for what purpose _____

Loans $_____

  for what purpose _____

Miscellaneous $_____

  for what purpose _____

Is there any more information the Court should consider in making its determination? _____

_____

_____

_____

_____

I declare under penalty of perjury the above to be correct to the best of my knowledge.

_____
Michael Bader, Plaintiff.

Date:_____

**WARNING:** **A FALSE OR DISHONEST ANSWER TO ANY QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.**