IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL BADER | § | |
| | § | |
| | § | |
| VS. | § | CIVIL NO. A-00-CA-507 JN |
| | § | |
| | § | |
| THE UNIVERSITY OF TEXAS | § | |

**FINAL JUDGMENT**

Before the Court is the above entitled cause of action. Upon review of the entire case file and this Court's Order which dismissed this case pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the Court enters the following Final Judgment in this cause pursuant to Federal Rule of Civil Procedure 58.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above entitled cause of action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this cause is CLOSED and that any pending motions are hereby DENIED AS MOOT.

SIGNED AND ENTERED this 30th day of November, 2000.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE

10